# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -REOPENING/CLOSING

Case No. 2:20-cv-08598-GW-KES          Date 10/15/2020

Title: Calvin Sharp Jr. v. Warden

Present: The Honorable Karen E. Scott

|            Jazmin Dorado            |              n/a              |
|-------------------------------------|-------------------------------|
|            Deputy Clerk             |   Court Reporter / Recorder   |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

None present                                None present

---

Proceedings:   ☐ In Court    ☒ In Chambers    ☐ Counsel Notified

☐ Case previously closed in error.  Make JS-5.

☒ Case should have been closed on entry dated 09/29/2020 (Dkt. 3)       .

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐ Other _____

☐ Entered _____ .

Initials of Preparer        JD